67895. LUCAS v. THE STATE.

POPE, Judge.

Terry Lucas pleaded guilty to the offense of burglary and after a pre-sentence investigation was sentenced to 20 years imprisonment, 10 to serve with the balance on probation, a $202 fine, and ordered to make restitution in the amount of $2000. Lucas appeals alleging that the trial court improperly used the pre-sentence report in aggravation to set the length of Lucas' sentence. We affirm for two reasons.

First, no objection to the use of the pre-sentence report was made by Lucas at the time of the sentencing hearing. Without such objection, this court has nothing to review regarding the sentence. See *Williams v. State*, 165 Ga. App. 553 (3) (301 SE2d 908) (1983); *Lewis v. State*, 164 Ga. App. 549 (6) (297 SE2d 303) (1982). Second, even if objection had been made, the record does not show that the trial court used the pre-sentence report in aggravation to fix a longer sentence. The comments of the court cited by Lucas simply show the court's belief that all of the sentence should not be probated. Such use of a pre-sentence report is entirely proper under OCGA § 42-8-34.

*Judgment affirmed. Banke, P. J., and Benham, J., concur.*

Decided April 11, 1984.

*Johnny W. Knight,* for appellant.
*Hobart M. Hind, District Attorney,* for appellee.

*Judgment affirmed. Banke, P. J., and Benham, J., concur.*

